IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROGER WILLIAMS**  **PLAINTIFF**
ADC #652880

v.   Case No: 4:25-cv-00139-LPR

**DOE, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 7). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Amended Complaint (Doc. 6) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court will elaborate on one point. The RD would dismiss Plaintiff's official-capacity claims for injunctive relief based on Plaintiff's failure to identify a relevant ADC policy or custom as the driving force behind the alleged constitutional violations. *See* RD (Doc. 7) at 5, 8. Plaintiff explained that he named the Defendants in their official capacities "[because] ADC was supposed to train officers on how to correctly write a disciplinary [and] what would happen if they violated policy." Am. Compl. (Doc. 6) at 5. Under limited circumstances, inadequate training can amount to a "policy" that may serve as the basis for § 1983 liability. *See City of Canton, Ohio v. Harris*, 489 U.S. 378, 389 (1989). But such claims are only viable where the failure to train amounts to deliberate indifference, *see id.*, and Plaintiff's allegations fall far short of meeting the deliberate indifference standard.